UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.:   8:07-cr-342-T-23MAP

YOUSSEF SAMIR MEGAHED
_____/

**ORDER**

Youssef Samir Megahed moves (Doc. 95) for reconsideration of the October 25, 2007, order (Doc. 61) of detention. Counsel for each party argued the motion on March 5, 2008. After review of pertinent papers, including the order of detention and the parties' memoranda and the October 29, 2007, "FBI Laboratory Report of Examination" (Doc. 95 at Exhibit 1a, 1b, 2, and 3), which among other things, reports on pages seventeen and eighteen the occurrence of "forceful explosion of smoke/gasses," I conclude that the matters now raised by Megahed affect only marginally, if at all, the issue of his danger to the community (which the defense asserts is inapplicable in any event) and affects not at all the risk of his flight from this jurisdiction, which remains established by a comfortable preponderance of the evidence. Megahed's motion for reconsideration (Doc. 95) is **DENIED**.

ORDERED in Tampa, Florida, on March 6, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE